IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01709-PSF-BNB

JONATHAN MOSS,

    Plaintiff,

v.

BONDED COLLECTION CORPORATION, a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 10) pursuant to F.R.Civ.P Rule 41(a)(1)(ii) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

    DATED: December 15, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge